United States District Court for the
District of Columbia; Wash. D.C. 20001

Tyrone, Hurt

        Defendant

Vs.

United States of America
        Respondent

Criminal Case No.:

CR Case No. 65-72

FILED
JAN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion to expunge said
conviction in criminal

---

Comes now, Tyrone Hurt, the Defendant, and respectfully moves the Honorable United States Chief Judge, to kindly take upon consideration in expunging said conviction in criminal case No. 72-65, for the following reasons:

1. The Defendant respectfully states that said U.S. District Court Chief Judge, to expunge said conviction in criminal case No. 72-65 in lieu of mandate certified copy of judgment entered in U.S. Court of Appeals, 12/22/66, affirming the order of the District Court

filed opinion, filed, which said sentence of one (1) to three (3) years and said opinion filed, was in violation of said Defendants' Eighth (8th) and Sixth (6th) Amendment Rights to the U.S. Constitution.

### Memorandum of Law.

1. See: Sixth (6th) and Eighth (8th) Amendment Rights to the U.S. Constitution. Also see: All cases concerning reinstatement of probation by said U.S. ~~Court~~ District Court for the District of Columbia and the rehabilitation of prisoners.

### Affidavit of Poverty, Pursuant to Title 08, Section 1915, U.S.C.

I, Tyrone Hurt, the Appellant, and respectfully states that ~~I have upon this 30th day of Jan, 06, have sent the~~ foregoing ~~motion~~

because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing motion, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

### Certification of Service

I, Tyrone Hurt, respectfully states that I have upon this 20th day of Jan, 05, have sent the foregoing motion, to the U.S. District Court for the District of Columbia, to make service upon the U.S. Attorney's office.

Respectfully Submitted,
s/ Tyrone Hurt
Mr. Tyrone Hurt
(Petessant, Pro-se)