UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 7 - 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

TYRONE HURT, )
    Petitioner, )
)
v. ) Cr. No. 65-0072 (TFH)
)
UNITED STATES OF AMERICA. )
)

### ORDER

Pending before the Court is Petitioner's motion to expunge his criminal conviction. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Petitioner's motion is **DENIED**.

**SO ORDERED.**

February 3, 2006

Thomas F. Hogan
Chief Judge

Copies to:

United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

