U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT
RECEIVED
MAR 0 8 2006

FILED
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States Court of Appeals for the District of Columbia, Wash, D.C. 20001

Tyrone Hurt,

Appellant

vs.

United States of America,

Appellee

65cr 72
Cr. No. 05-0072 (TFH)

Motion for Notice of Appeal in forma pauperis and appointment of Counsel, pursuant to Title 28, Section 1915, U.S.C., and Title 18, Section 3006A, U.S.C.

Comes now, Tyrone Hurt, the Appellant, and respectfully moves the Honorable Panel of the U.S. Court of Appeals for the District of Columbia Circuit, for the following reasons:

1. Whether the Court Order entered on the date of Feb. 3, 06, was an abuse of its' Discretional when said one (1) to three (3)

years imposed in 1965, which said probation violation reported in 1965 against said appellant was in violation of the appellant's Eighth (8th) Amendment Right to the U.S. Constitution.

### Memorandum of Law

1. See: Eighth (8th) Amendment Right to the U.S. Constitution.
   Also See: All cases concerning expungement of convictions.

### Affidavit of Poverty Pursuant to Title 28 // Section 1915, U.S.C.

I, Tyrone Hunt, the Appellant, do respectfully state that because of my poverty, that I am unable to prepay the said cost and fees for the filing of the foregoing motion, that I am unable to give security for the same, that I am unable to believe that I am entitled to the redress that I now seek."

Respectfully Submitted
S/ Tyrone Hunt

United States Court of Appeals
For the District of Columbia
Wash, D.C., 20001

Tyrone Hurt,

      Appellant

v.s.

United States of America
      Appellee

Cr. No. 05-0070- (TFB)

## Certification of Certification

I, Tyrone Hurt, the Appellant, and respectfully states that I have upon this 27nd day of Feb., 06, have sent the foregoing motion to the Clerk of the U.S. Court of Appeals for the District of Columbia Circuit to make service upon the U.S. Attorneys Office.

Respectfully Submitted,

Mr. Tyrone Hurt
(Appellant, Prosse)