United States Court of Appeals for the District of Columbia; Wash. D.C.

Tyrone Hurt

Appellant

vs.

United States of America
Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
APR - 7 2006
RECEIVED

FILED
APR - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Criminal Case No. 65-0073 (TFH)

Appeals No. 06-3060

Amendment to the Notice of Appeal in forma pauperis;

Comes Now, Tyrone Hurt, the Appellant, and respectfully moves a Honorable Panel of the U.S. Crt of Appeals to amend Notice of Appeal, for the following reasons:

1. The Appellant respectfully states that said U.S. Crt of Appeals to see: Criminal Case No. 65-0073 (TFH), and Memorandum Opinion of Feb, 3, '05, Page: two (2); Also see: enclosure: Criminal Docket; U.S. Dist. Crt of the Dist. of Columbia; Robbery! Title 22, Section 2901, DCC.

Certification of Service

I, Tyrone Hurt, the Appellant, and respectfully states that I have upon this 7th day of April/06, have sent the foregoing amendment, to the Clerk

to the U.S. Court of Appeals to make service upon the U.S. Attorneys Office.

Respectfully Submitted,

s/ Tyrone Hicks
Mr. Tyrone Hicks
(Appellant, Pro Se)