# CRIMINAL DOCKET
## United States District Court for the District of Columbia

**CASE CLOSED**

| PARTIES | ATTORNEYS | G.J. NO. | CRIMINAL NO. |
|---|---|---|---|
| UNITED STATES vs. | U.S. ATTORNEY SIDMAN | | 72-65 |
| TYRONE HURT (18) | M.E. Schneck-1120-Conn.Ave.,NW<br>K.T.Byrne 424 5th St. N.W.<br>J.Weiss 3308-14th.St. NW | 1486-64 | |

**CHARGE:** ROBBERY (22, DCC, 2901)

| DATE FILED | BOND |
|---|---|
| 11-23-64 | $2000.00 J.W.Carter |

| DATE | PROCEEDINGS |
|---|---|
| 1965 Feb 1 | PRESENTMENT AND INDICTMENT FILED    (1 Count) |
| 1965 Feb 1 | Copy of Indictment mailed to Deft. Cert.filed. |
| 1965 Feb 5 | ARRAIGNED, Plea NOT GUILTY entered. |
| | Defendant ON BOND. |
| | Attorney not present. |
| | McGARRAGHY, J.    (Reporter-Ida Watson)    Cert.filed. |
| 1965 Mar 4 | AFFIDAVIT of DEFENDANT in support of application to proceed without prepayment of costs GRANTED and filed. ROBINSON, J. |
| 1965 Mar 4 | ORDER APPOINTING Marvin E. Schneck as counsel to defend. filed. ROBINSON, J. |
| 1965 Mar 18 | Defendant SURRENDERED by J.W. Carter, Surety. SURETY EXONERATED. |
| | Defendant COMMITTED to the District of Columbia Jail; Commitment Issued. |
| | Defendant not present. (In jail in another case) |
| | KEECH, J.    (Reporter-E.Romig)    Cert.filed. |
| 1965 Mar 25 | Defendant not satisfied with assigned counsel. |
| | Court instructs defendant to EMPLOY COUNSEL IMMEDIATELY. |
| | Trial date continued to April 26, 1965. |
| | APPEARANCE of Marvin E. Schneck entered as attorney for defendant. |
| | ENTERED WITHDRAWN per praecipe, filed. (Stat) YOUNGDAHL, J. |

CONTINUED

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. TYRONE HURT    Cr. No. 72-65    Supplemental Page No. 1

| DATE | PROCEEDINGS |
|---|---|
| CONTINUED | |
| 1965 Mar 25 | Defendant REMANDED to the District of Columbia Jail. |
| | Attorney Marvin E. Schneck present. |
| | YOUNGDAHL, J.    (Reporter-Kaufman) |
| 1965 Apr 22 | Case called for ascertainment of counsel; |
| | Case REFERRED for appointment of Counsel. |
| | Defendant remanded to District of Columbia Jail. |
| | WALSH, J.    (Reporter - Byrholdt) |
| 1965 Apr 23 | AFFIDAVIT of Defendant in support of application to proceed without prepayment of costs, filed and GRANTED.    WALSH, J. |
| | ORDER appointing Kevin T. Byrne as counsel for the Defendant, filed. WALSH, J. |
| 1965 May 20 | Motion of Defendant for issuance of Subpoena and Affidavit in support thereof, (2) filed and GRANTED.    HART, J. |
| 1965 May 24 | JURORS SWORN ON VOIR DIRE; JURY SWORN AND ONE ALTERNATE JUROR SWORN: |
| | Mrs. Virginia D. Coupal    Mrs. Ruth E. Moore    Albert H. Smith |
| | Carlton M. Taylor    Miss Myrtle C. Henry    Mrs. Marie R. Watford |
| | Wilbert Watkins    William J. Fenwick    Mrs. Lillian R. Chase |
| | Mrs. Marjorie L. Bumbrey    Herbert M. Rutherford    Robert V. Allen |
| | A.1: Mrs. Annie M. Darby |
| | TRIAL BEGUN |
| | Plea of Not Guilty Withdrawn, PLEA GUILTY entered to the indictment |
| | Jury and alternate juror discharged; |
| | Case is REFERRED to the Probation Officer of the Court; |
| | Defendant REMANDED to the District of Columbia Jail. |
| | Attorney Kevin T. Byrne present. |
| | WALSH, J.    (Reporter-D. Sweet)    Cert. filed. |
| 1965 May 28 | SENTENCED to imprisonment for a period of |
| | ONE (1) YEAR to THREE (3) YEARS. |
| | Execution of Sentence Suspended; |
| | Defendant PLACED ON PROBATION in charge of the Probation Officer of the Court for a period of THREE (3) YEARS; |
| | Attorney Kevin T. Byrne present. |
| | WALSH, J.    (Reporter-Roger Frye) |
| 1965 Jun 1 | Judgment & Probation of 5-28-65, filed. WALSH, J. (N) |
| 65 Jul 16 | BENCH WARRANT ORDERED & ISSUED. WALSH, J. (Prob. Off.) |
| 65 Jul 19 | Bench Warrant issued 7-16-65 returned executed. Deft. committed to D. C. Jail; |
| (CONTINUED) | Commitment Issued. |

## CRIMINAL DOCKET
### United States District Court for the District of Columbia

United States vs. TYRONE HURT                 Cr. No. 72-65     Supplemental Page No. 2

| DATE | | PROCEEDINGS |
|---|---|---|
| 1965 Jul | 23 | TRANSCRIPT OF PROCEEDINGS of May 24, 1965, filed. Clerk's Copy   (Reporter-D. Sweet) |
| 1965 Jul | 30 | Motion for revocation of probation granted; Probation Revoked; SENTENCE of 5-28-65 for a period of ONE (1) YEAR to THREE (3) YEARS ORDERED INTO EFFECT; Defendant Remanded to the District of Columbia Jail. Attorney Kevin T. Byrne present. WALSH, J.   (Reporter-D. Sweet) |
| 1965 Aug | 9 | Revocation of Probation - Commitment of 7-30-65, filed. WALSH, J. (N) |
| 1965 Aug | 10 | Affidavit of Defendant in support of application to proceed on Appeal without prepayment of costs, filed.   (Prepared by Deft.) |
| 1965 Aug | 17 | Application of Defendant to proceed on Appeal filed 8-10-65, GRANTED. ORDER for preparation of all statements of Defense Counsel (denied as to probation hearing) at the expense of the United States, and Referring appointment of Counsel to the U. S. Court of Appeals, filed. CORCORAN, J. APPEAL NOTED. |
| 1965 Aug | 23 | PRAECIPE WITHDRAWING the Appearance of Kevin T. Byrne, as counsel for Defendant, filed. (As of 8-10-65) |
| 1965 Aug | 24 | APPEARANCE of Jonathan Weiss as counsel entered and filed. |
| 1965 Aug | 31 | RECORD ON APPEAL delivered to United States Court of Appeals. Pro Se in Forma Pauperis (Clerk's Fee $1.05 with copies) Receipt from United States Court of Appeals for Original Papers, filed. |
| 1965 Aug | 31 | ELECTION not to commence service of Sentence executed by Defendant on 8-25-65, filed. |
| 1965 Sep | 27 | Certified Copy of Order from U.S.C. of Appeals dated 9-29-65 that the reporter's transcript of proceedings on July 30, 1965 be prepared at the expense of the United States and be transmitted to the U. S. Court of Appeals as a supplemental record on Appeal, filed. |
| 1965 Oct | 12 | Election to continue service of sentence executed by Defendant on 11-8-65, filed. |
| 1965 Nov | 24 | Transcript of Proceedings, Vol. 1, Pages 1-13, May 24, 1965. (Court Copy)   (Reporter-Sweet) |
| 1965 Mar | 2 | Certified copy of ORDER entered in U. S. COURT OF APPEALS 3-1-66 REMANDING CASE to the U. S. District Court for preparation of statement of evidence of the probation revocation hearing, to be approved by the District Court, for use as a record on Appeal. |
| CONTINUED | | |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. __TYRONE HURT__                                    Cr. No. __72-65__   Supplemental Page No. __3__

| DATE | PROCEEDINGS |
|---|---|
| CONTINUED | |
| 1966 Mar 2 | In the event the record is not adequate for an Appeal a DE NOVO HEARING should held. The Court of APPEALS RETAINS JURISDICTION OF CASE and upon completion of the REMAND PROCEEDINGS the CLERK is DIRECTED to PROMPTLY TRANSMIT a SUPPLEMENTAL RECORD containing proceedings and original record, filed. (Copy to Judge Walsh, etal) |
| 1966 Mar 3 | Record returned. Receipt acknowledged. |
| 1966 Apr 7 | Hearing on Remand from the U. S. Court of Appeals held: The Court grants a hearing de novo on violation of probation. Hearing on violation of probation is held and the Court sustains its prior order of July 30, 1965 revoking the defendant's probation and ordering into effect the sentence of ONE (1) YEAR to THREE (3) YEARS imposed on May 28, 1965; Defendant Remanded to the District of Columbia Jail. Attorney Edmond B. Fleming present. WALSH, J.   (Reporter-D.Sweet)   Cert. filed. |
| 1966 May 16 | FINDING OF FACT - enlargement would not be in the best interests of Defendant, fi WALSH, J.  c/s |
| 1966 May 18 | OPPOSITION of Defendant to Findings of Fact, filed.  c/s |
| May 23 | ORDER that the transcript of the proceedings of 4-7-66 be transcribed forthwith Government expense and be transmitted to the U.S. Court of Appeals for D.C. together with the original record on Appeal in this case, filed. WALSH, J. |
| 1966 Jul 19 | TRANSCRIPT OF PROCEEDINGS, Pages 1-45 (Incl.), April 7, 1966, filed Court's Copy  (Reporter-D.Sweet) |
| 1966 Jul 20 | Supplemental record on appeal delivered to US Court of Appeals; In Forma Pauperis (Clerk's Fee 50¢). |
| 1966 Jul 20 | Receipt from US Court of Appeals for supplemental record. FILED. |
| 1966 Oct 27 | Transcript of Proceedings, Page 1-4, May 28, 1965, filed Court's Copy   (Reporter-J. Maher) |
| 1966 Nov 9 | ORDER for transmittal of transcript of sentencing proceedings on 5-28-65 to the Court of Appeals for the District of Columbia Circuit as a supplemental record on Appeal in No. 19656, filed.  WALSH, J.   Cert. of Serv. |
| 1966 Nov 15 | Supplemental Record on Appeal delivered to U. S. Court of Appeals; U. S. Government - No Charge (Clerk's Fee 50¢) Receipt from U. S. Court of Appeals for Supplemental Record, filed (CONTINUED) |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. TIRONE HURT　　　　Cr. No. 72-65　　　Supplemental Page No. ___

| Date | | Proceedings |
|---|---|---|
| 1967 Jan | 12 | IN LIEU OF MANDATE certified copy of Judgment entered in U. S. Court of Appeals 12-22-66 AFFIRMING the ORDER of the District Court, filed. OPINION, filed |
| 1967 Feb | 14 | Record returned from U. S. Court of Appeals; Receipt acknowledged |