United States District Court for the
District of Columbia, Wash, D.C. 20001

Tyrone Hunt

        Plaintiff

vs,

United States Government

        Defendant

Civil Action
No. 66-cr-0072 (TFH)

Correct Case Number
is CR 65-72-TFH

FILED
JUN - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Amendment to the Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 39, Section 1983, U.S.C., Title 28, Section 1331, U.S.C., and Fifth (5th), Eighth (8th) Amendment Rights to the U.S. Constitution.

### Statement of the Case
### Amendment,

1. The Plaintiff respectfully states that when said civil action is supplied in the original complaint and corresponded in the amended complaint. See: U.S. Court of Appeals

for the District of Columbia Circuit; Criminal Case No. 66-0072 (TFH); Appeals No. 06-3060; Defendorsures; Criminal Docket U.S. District Court for the District of Columbia Board of Parole District of Columbia Certificate of Parole. Also see Fifth (5th) & Eighth (8th) Amendment Rights to the U.S. Constitution.

## Certification of Service

I, Tyrone Harty, the Plaintiff, pro se respectfully states that I have upon this 5th Day of May 06, have sent the foregoing Amendment to the clerk to make service upon the U.S. Attorneys office/s

Respectfully submitted
/s/ Tyrone Harty
(Plaintiff, Pro se)