PB-16
(Revised 10/81)

## BOARD OF PAROLE
## DISTRICT OF COLUMBIA
## CERTIFICATE OF PAROLE

### ADULT

APC# 17224-96

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that Hurt, Tyrone _____ D.C.D.C. _145-141_ is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-named be PAROLED on _May 21_, 19_96_, and that said person remain under supervision within the limits of the _Washington, Metro Area_ (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax and Falls Church, Virginia) until _Life_, _____; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above-named individual's signing an agreement to abide by and comply with all of the conditions of parole as shown on the reverse side of this CERTIFICATE.

Given under the hands and seal of the BOARD this _7th_ day of _August_, 19_95_.

The above-named was released on the _____ day of _____, 19____.

_____
Administrator

A TRUE COPY
TEST
_Michael Green_
Director, Michael Green
Parole Determination
D.C. Board of Parole

_Margaret Quick_

CR 65-72-TFH
Attachment

FILED
JUN -2 2006
81—PS804
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF THE CONDITIONS UNDER WHICH YOUR PAROLE IS GRANTED:

I will report immediately upon my release to Ms. McCall, 301 "C" St., N.W., Department of Corrections, Room 2nd Fl., for my final instructions. (202) 727-5146 2148

I will not go outside the parole limits fixed in the Certificate of Parole without first obtaining the approval of my Parole Officer.

I will not visit or frequent any illegal establishments including places where alcoholic beverages are unlawfully sold, dispensed or used.

I will not illegally possess, use, sell, or purchase any narcotic drug, controlled dangerous substance or related paraphernalia. Nor will I frequent or visit places where any narcotic drug, controlled substance or related paraphernalia is illegally sold, dispensed, used or given away.

I will not own, possess, use, sell or have under my control any deadly weapon or firearms.

I will make diligent efforts to find and maintain legitimate employment and will support myself and legal dependents to the best of my ability.

I will keep my Parole Officer informed at all times as to where I reside and work; and, in the event that I lose my employment or change my place of residence, I will immediately notify my Parole Officer.

I will not enter into any agreement to act as an informer or special agent for any law enforcement agency.

I will obey all laws and will personally report to my Parole Officer, at my earliest opportunity, any arrest or other involvement with law enforcement authorities.

I will cooperate fully with the Board and those responsible for my supervision. I will carry out the instructions of my Parole Officer and report as directed, knowing that failure to do so may, at the discretion of the Board of Parole, be sufficient to cause my return to the institution.

SPECIAL CONDITION(S): Outpatient Mental Health Program/Refer/Intensive Supervision Special needs CMTY-B Program/IPACHI.

I have read or had read to me the conditions of my release and understand that my failure to comply with any one of them may be considered a violation of my release for which I am subject to be returned as a violator. I hereby agree to abide by and comply with all of the conditions of parole as stated above.

| _[signature]_ | 145-141 | 4/4/06 |
|---|---|---|
| Signature of Parolee | D.C.D.C. | Date |

| | | |
|---|---|---|
| Signature of Witness | Title | Date |