# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. TYRONE HURT     Cr. No. 72-65     Supplemental Page No. 3

| DATE | PROCEEDINGS |
|---|---|
| CONTINUED | |
| 1966 Mar 2 | In the event the record is not adequate for an Appeal a DE NOVO HEARING should held. The Court of APPEALS RETAINS JURISDICTION OF CASE and upon completion of the REMAND PROCEEDINGS the CLERK is DIRECTED to PROMPTLY TRANSMIT a SUPPLEMENTAL RECORD containing proceedings and original record, filed. (Copy to Judge Walsh, etal) |
| 1966 Mar 3 | Record returned. Receipt acknowledged. |
| 1966 Apr 7 | Hearing on Remand from the U.S. Court of Appeals held; The Court grants a hearing de novo on violation of probation. Hearing on violation of probation is held and the Court sustains its prior order of July 30, 1965 revoking the defendant's probation and ordering in effect the sentence of ONE (1) YEAR to THREE (3) YEARS imposed on May 28, 1965; Defendant Remanded to the District of Columbia Jail; Attorney Edmond B. Fleming present. WALSH, J. (Reporter-D.Sweet) Cert.filed. |
| 1966 May 16 | FINDING OF FACT - enlargement would not be in the best interests of Defendant, f WALSH, J. c/s |
| 1966 May 18 | OPPOSITION of Defendant to Findings of Fact, filed. c/s |
| May 23 | ORDER that the transcript of the proceedings of 4-7-66 be transcribed forthwith Government expense and be transmitted to the U.S. Court of Appeals for D.C. together with the original record on Appeal in this case, filed. WALSH, J. |
| 1966 Jul 19 | TRANSCRIPT OF PROCEEDINGS, Pages 1-45 (Incl.), April 7, 1966, filed Court's Copy (Reporter-D.Sweet) |
| 1966 Jul 20 | Supplemental record on appeal delivered to US Court of Appeals; In Forma Pauperis (Clerk's Fee 50¢). |
| 1966 Jul 20 | Receipt from US Court of Appeals for supplemental record, FILED. |
| 1966 Oct 27 | Transcript of Proceedings, Page 1-4, May 28, 1965, filed Court's Copy (Reporter-J. maher) |
| 1966 Nov 9 | ORDER for transmittal of transcript of Sentencing proceedings on 5-28-65 to the Court of Appeals for the District of Columbia Circuit as a supplemental record on Appeal in No. 19656, filed. WALSH, J. Cert. of Serv. |
| 1966 Nov 15 | Supplemental Record on Appeal delivered to U.S. Court of Appeals; U.S. Government - No Charge (Clerk's Fee 50¢) Receipt from U.S. Court of Appeals for Supplemental Record, filed |
| | (CONTINUED) |

FILED
CR 65-72-TFH
Attachment
JUN - 2 2006
NANCY MAYER WHITTINGTON, CLERK

## CRIMINAL DOCKET
### United States District Court for the District of Columbia

United States vs. TIRONE HURT    Cr. No. 72-65    Supplemental Page No. ___

| DATE | | PROCEEDINGS |
|---|---|---|
| 1967 Jan | 12 | IN LIEU OF MANDATE certified copy of Judgment entered in U. S. Court of Appeals 12-22-66 AFFIRMING the ORDER of the District Court, filed OPINION, filed |
| 1967 Feb | 14 | Record returned from U. S. Court of Appeals; Receipt acknowledged |