# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

FILED
DEC - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No. 06-3060                                              September Term, 2005

65cr00072-01

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 12/1/06
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

United States of America,
    Appellee

    v.

Tyrone Hurt,
    Appellant

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  OCT 4 2006
CLERK

**BEFORE:** Ginsburg, Chief Judge, and Sentelle and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for leave to proceed in forma pauperis, the motions for appointment of counsel, the motion for summary affirmance, and the motion for summary reversal, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the motions for appointment of counsel be denied. The interests of justice do not warrant appointment of counsel in this case. See 18 U.S.C. § 3006A(a)(2)(B). It is

**FURTHER ORDERED** that the motion for summary reversal be denied and that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court did not abuse its discretion in denying appellant's motion to expunge his conviction, as appellant offered no legal or equitable grounds warranting expungement. See, e.g., Doe v. Webster, 606 F.2d 1226 (D.C. Cir. 1979).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk