United States District Court for the D.C.
Tyrone Hurt Wash. D.C. 20001

Copies to: Judge
AUSA – Special Proceedings
DR.

Criminal No,
CIVIL ACTION
No. 65-72-

vs. Plaintiff Defendant

United States of America

Defendant Respondent

CR 65-072-TFH

FILED

AUG 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion to Expunge Criminal Record.

Comes now, Tyrone Hurt, the Defendant, and respectfully moves to Honorable U.S. District Court Judge, to kindly take upon consideration in expunging this Defendants, criminal records of No. 65-72, for the following reasons:

1. The Defendant respectfully states that said Defendants' criminal records of 65-72, be expunged from my records to clear to apply for possible and subsequent employment, etc.

Certification of Service,

I, Tyrone Hurt, the plaintiff and respectfully states that I have upon this 31th Day of Aug. 07, have sent the foregoing motion, to the U.S. District Court for

the D.C., to make service upon the U.S. Att. Office,

Respectfully submitted,

(Plaintiff) Pro-se)