UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 21 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**TYRONE HURT,** )
      Petitioner, )
)
v. ) Cr. No. 65-0072 (TFH)
)
)
**UNITED STATES OF AMERICA.** )
)

## ORDER

    Pending before the Court is Hurt's second motion to expunge his criminal conviction. Hurt requests the Court expunge his record so that he can apply for employment. While the Court is not unsympathetic to Hurt's dilemma, Hurt cites no, and the Court is unaware of any, statutory basis for expungement, *see Doe v. Webster*, 606 F.2d 1226, 1231 (D.C. Cir. 1979) ("[A]bsent specific statutory authority it would be wholly inappropriate to order such expungement in a case such as this where there has been not only a valid arrest but a valid conviction."), and Hurt failed to make the necessary showing for this Court to exercise its inherent, equitable expungement power, *see Livingston v. United States Dep't of Justice*, 759 F.2d 74, 78 (D.C. Cir. 1985) (holding that, before expunging a criminal record, the court must find the "remedy is necessary and appropriate in order to preserve basic legal rights"); *Webster*, 606 F.2d at 1231 ("[A]lthough there are indeed many instances in which courts have ordered expungement . . . in the exercise of their inherent equitable powers, all of those cases involved either a lack of probable cause coupled with special circumstances, flagrant violations of the

Constitution, or other unusual and extraordinary circumstances." (footnotes omitted)); *cf. United States v. Benlizar*, 459 F. Supp. 614, 623-25 (D.D.C. 1978) (finding expungement of arrest and conviction records appropriate due to serious government misconduct in procuring an illegal conviction). Because Hurt does not argue that he was improperly arrested or convicted or that unusual or exceptional circumstances justify the expungement of his valid arrest and criminal conviction, the Court **DENIES** Hurt's expungement motion.

**SO ORDERED**.

September 19, 2007

---
Thomas F. Hogan
Chief Judge

Copies to:

Tyrone Crawford
3709 Endsley Place
Upper Marlboro, MD 20735

United States Attorney's Office
Special Proceedings Division
555 Fourth Street, NW, Room 10-441
Washington, DC  20530